

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2020

No. 04-19-00788-CR

Frank Coty **FALZON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR3240
Honorable Ron Rangel, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file his brief is GRANTED. We ORDER appellant to file his brief by March 24, 2020. No further extensions will be granted absent extenuating circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court